IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICKI G. WYMORE,** | ) | **CASE NO. 4:06CV3079** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion for leave to file a reply brief (Filing No. 18).

The motion will be granted; however, thirty days will be allowed.

IT IS ORDERED:

1. The Plaintiff's motion for leave to file a reply brief (Filing No. 18) is granted; and

2. The Plaintiff's brief shall be filed within thirty (30) days of the date of this order.

DATED this 22nd day of September, 2006.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge